```
 1                    UNITED STATES DISTRICT COURT
                       NORTHERN DISTRICT OF TEXAS
 2                          LUBBOCK DIVISION

 3   UNITED STATES OF AMERICA        )
                                     )
 4   VS.                             )  CAUSE NO. 5:17-CR-100-01-C
                                     )
 5   ALEJANDRO GARCIA-IZAZAGA        )

 6

 7   -----------------------------------------------------------

 8                       SENTENCING HEARING
                BEFORE THE HONORABLE SAM R. CUMMINGS,
 9            SENIOR UNITED STATES DISTRICT JUDGE

10                   FRIDAY, APRIL 13, 2018
                          LUBBOCK, TEXAS
11
     -----------------------------------------------------------
12

13
                        A P P E A R A N C E S
14
     FOR THE GOVERNMENT:
15   UNITED STATES ATTORNEY'S OFFICE
     1205 TEXAS AVENUE, SUITE 700
16   LUBBOCK, TEXAS 79401
     BY:  RUSSELL H. LORFING
17

18   FOR THE DEFENDANT:
     LAURIE L. KEY
19   ATTORNEY AT LAW
     1213 AVENUE K
20   LUBBOCK, TEXAS 79401

21
     INTERPRETER:  RICHARD PERALES
22

23   FEDERAL OFFICIAL COURT REPORTER: MECHELLE DANIEL, 1205 TEXAS
     AVENUE, LUBBOCK, TEXAS 79401, (806) 744-7667.
24
     PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY; TRANSCRIPT
25   PRODUCED BY COMPUTER-AIDED TRANSCRIPTION.
```

1                                    **INDEX**

2

3    DEFENDANT'S SENTENCING EVIDENCE/ARGUMENT...............    4

4    SENTENCE BY THE COURT..................................    5

5    COURT'S STATEMENT OF REASONS...........................    6

6

7

8

9

10

11

12                              * * * * *

13

14

15

16

17

18

19

20

21

22

23

24

25

26

```
 1                        P R O C E E D I N G S
 2              THE COURT:  The next case called for sentencing is
 3   Cause Number CR5-17-100, United States of America vs. Alejandro
 4   Garcia.
 5              MR. LORFING:  The United States is ready, Your
 6   Honor.
 7              MS. KEY:  Laurie Key on behalf of
 8   Mr. Garcia-Izazaga.  We will need the services of the
 9   interpreter, Your Honor.
10              THE COURT:  I'd ask the interpreter to raise his
11   hand and be sworn.
12         (THE INTERPRETER IS SWORN)
13              THE COURT:  The file reflects that a presentence
14   report has been prepared.  Mr. Garcia, have you gone over that
15   report with your lawyer?
16              THE DEFENDANT:  Yes.
17              THE COURT:  The file also reflects that both the
18   government and the defense have filed statements adopting the
19   matters set forth in the presentence report, as well as the
20   addendum as far as the government is concerned.
21              Does the defense have any objections to the
22   addendum?
23              MS. KEY:  No, Your Honor, I do not.  As a matter of
24   fact, I think I pointed those things out to the Probation
25   Department for the addendum.
```

1        THE COURT:  The Court then will adopt as the
2   Court's findings those matters set forth in the presentence
3   report and the addendum, not only as it relates to the
4   background data and information, but also the analysis made
5   under the sentencing guidelines.
6        Does the government have any evidence or argument?
7        MR. LORFING:  No, Your Honor.
8        THE COURT:  Does the defense have any evidence or
9   argument?
10        MS. KEY:  I do, Your Honor, just briefly.
11        I would ask that the Court sentence
12   Mr. Garcia-Izazaga on the low end of the guidelines in this
13   case.  I understand the severity and significance of the amount
14   of drugs that Mr. Garcia-Izazaga was charged with and convicted
15   of in this offense.  However, when we look at the presentence
16   report, I think those things have been taken into consideration
17   with the relevant conduct, along with the fact that he was
18   given two points for his role in this conspiracy.
19        I would point out also that, in this case, to my
20   knowledge, I believe it's Mr. Ivan Garcia-Martinez, the
21   individual that has received 235 months, which is, I believe,
22   the most that has been provided in this case thus far.
23   Therefore, the low end of this guideline, I think, number one,
24   is above Mr. Ivan Cruz's-Martinez's sentence.
25        In addition, Judge, Mr. Garcia-Izazaga has a

1    lifetime ban from reentering the United States.  Upon his
2    completion of this sentence, he will be deported.  He will not
3    be allowed to come back into this country.  Therefore, I
4    believe that the sentencing objectives would be met with the
5    low end of the guidelines.
6              THE COURT:  Mr. Garcia, you have the right to
7    address the Court this morning prior to the imposition of
8    sentence.  You are not required to say anything, should that be
9    your choice, but the law does afford you that right and
10   opportunity.  Is there anything which you wish to state to the
11   Court this morning?
12             THE DEFENDANT:  No, sir.
13             THE COURT:  Mr. Garcia, you pleaded guilty to
14   Count 5 of the indictment charging you with possession with
15   intent to distribute 500 grams or more of methamphetamine.  You
16   having pleaded guilty to that charge, I found you guilty, and I
17   am now adjudging you guilty of that offense.
18             Having adjudged you guilty, I am now going to
19   impose the following sentence:
20             First, I'm ordering that you pay a special
21   assessment of $100.
22             Next, I'm ordering that you be committed to the
23   custody of the United States Bureau of Prisons to be imprisoned
24   for a term of 365 months.
25             Upon your release from incarceration, I'm ordering

 1   that you serve a 5-year term of supervised release.  You will
 2   get a copy of the judgment so you will know what the conditions
 3   of supervision are.  There are some standard conditions, as
 4   well as special conditions.
 5            The special conditions include the following:
 6            First, you shall not illegally reenter the
 7   United States if you are deported, removed, or allowed
 8   voluntary departure.
 9            Next, you shall abstain from the use of alcohol and
10   all other intoxicants during the term of supervision.
11            I will now state on the record the specific reasons
12   for imposing the sentence I have just imposed.
13            As to the term of incarceration, I've imposed a
14   term of 365 months.  I believe this sentence does adequately
15   address the sentencing objectives of punishment and deterrence.
16            The supervised release is imposed for the reason
17   this does offer an additional potential sanction against the
18   defendant should he subsequently be deported and then try to
19   unlawfully come back into this country.
20            No fine is assessed.
21            The special assessment is imposed because the law
22   mandates that it be.
23            Now, Mr. Garcia, you have the right to appeal, as
24   authorized by law or as stated in your plea agreement.  Should
25   you choose to appeal, you must file your notice of appeal

1  within 14 days from today.  If you file that notice of appeal,

2  you may also file a motion with the Court seeking permission to

3  appeal at no cost to yourself, but rather at the cost of the

4  government.  Should you file that motion, I will take it under

5  advisement and rule on it just as soon as I can.

6         You may stand aside.

7         (END OF HEARING)

8                        * * * * *

9

10  I, Mechelle Daniel, Federal Official Court Reporter in and for the United States District Court for the Northern District

11  of Texas, do hereby certify pursuant to Section 753, Title 28, United States Code, that the foregoing is a true and

12  correct transcript of the stenographically reported proceedings held in the above-entitled matter and that the transcript page

13  format is in conformance with the regulations of the Judicial Conference of the United States.

14

15  _/s/ Mechelle Daniel_                    **DATE**  MAY 22, 2019

16  MECHELLE DANIEL, CSR #3549
    FEDERAL OFFICIAL COURT REPORTER

17

18

19

20

21

22

23

24

25